1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-MJ-01039-RJJ-RJJ-1 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| BISMARK JOSE PERALTA, Defendant. | |

    This matter coming before the Court on the government's Motion for Leave to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

//

//

3

It is therefore ORDERED that the Complaint and any outstanding warrant against the above-captioned defendant are DISMISSED.

Dated: September 27, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE